**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **13-03813-dd**

### ORDER ON RULE TO SHOW CAUSE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**10/21/2013**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 10/22/2013

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re,

Sherman Lamont Dozier,

Debtor.

C/A No. 13-03813-dd

Chapter 13

**ORDER ON RULE TO SHOW CAUSE**

This matter is before the Court on an Order Dismissing Case and Rule to Show Cause entered August 28, 2013. A hearing on the Rule to Show Cause was held on October 21, 2013. Debtor did not appear at the hearing or file an objection to the Rule to Show Cause. While Debtor's counsel appeared at the hearing, he indicated he had been unable to communicate with Debtor.

Debtor filed this chapter 13 case on July 1, 2013. This case was dismissed on August 28, 2013, because Debtor failed to attend the 11 U.S.C. § 341 meeting of creditors. Debtor has a previous case, 12-00712-jw, which was dismissed within a year of the filing of the current case because Debtor did not make the payments required under his chapter 13 plan. Therefore, Debtor had two opportunities to meet the requirements of the Bankruptcy Code and Local Rules and proceed with his case. Both times Debtor failed to meet the basic requirements to proceed with his case. In addition, Debtor neither responded to the Rule to Show Cause nor appeared at the October 21, 2013 hearing.

Based on the foregoing, the dismissal of this case is with prejudice. Debtor is prohibited from filing another bankruptcy case under any chapter of the Bankruptcy Code for a period of one hundred eighty (180) days from the entry date of this Order.

AND IT IS SO ORDERED.